RECEIVED
CLERK'S OFFICE
07 MAY 14 AM 10: 28
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Filed at 3:47 PM
DATE 5-14-07
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN THE MATTER OF THE )
TAX INDEBTEDNESS OF )
ATI Sales Company, Inc. ) MISC. NO. 5:07-MC-6
Post Office Box 3904 )
Macon, GA 31205 )
)

## ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY

The United States, having filed an application requesting authorization for E. Jones, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 18 Valley Rd., Byron, GA 31008, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's affidavit in support of that application, and the Court's finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to ATI Sales Company, Inc. which are subject to levy by the United States pursuant to I.R.C. § 6331 are located on or within the premises described, it is

ORDERED that Revenue Officer E. Jones and/or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search and seizure, however, such Revenue Officer and/or other employees are directed to enter the premises described during business hours or the daytime and within 20 days of the date of this order.

IT IS FURTHER ORDERED that if ATI Sales Company, Inc. or occupant offers any resistance to the Revenue Officer and/or other employees, as designated by the Internal

Revenue Service, seeking to enter the premises described under the authority of this writ, the Revenue Officer and/or other employees shall withdraw, and may apply to the Court for such further processes as are necessary to enforce the terms of this order including a citation for contempt of this Court.

IT IS FURTHER ORDERED that the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

Dated: 14 MAY 2017

UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA